ROGER E. BROWER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. GLEN WILD LAKE COMPANY, DEFENDANT-RESPONDENT.

See same case below: 86 *N. J. Super.* 341.

*Mr. Israel B. Greene* for the petitioners.

*Messrs. Levy, McCloskey, Schlesinger & Tischler* for the respondent.

April 5, 1965. Denied.

ALBERT J. HENDERSON, PLAINTIFF-PETITIONER, v. N. J. BOARD OF EXAMINERS OF ELECTRICAL CONTRACTORS, DEFENDANT-RESPONDENT.

See same case below: 85 *N. J. Super.* 509.

*Mr. William W. Wimmer* for the petitioner.

*Mr. Arthur J. Sills* and *Mr. Howard H. Kestin* for the respondent.

April 5, 1965. Denied.